

FILED by __SA__ D.C.
ELECTRONIC

Jul 14, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 11-80126-CR-HURLEY/VITUNAC

Case No. _____

31 U.S.C. § 5332(a)
31 U.S.C. §§ 5316(a)(1)(B) & 5322(a)

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JAMES M. WILLS,

                Defendant.

_____/

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

On or about February 7, 2011, at Palm Beach International Airport, in Palm

Beach County, in the Southern District of Florida, the defendant,

**JAMES M. WILLS,**

with the intent to evade the currency reporting requirements under Title 31, United States

Code, Section 5316, did knowingly conceal more than ten thousand dollars ($10,000) in

currency, that is, approximately, forty-five thousand three hundred and sixty-five dollars

($45,365) in United States currency on his person and in articles of luggage, and did

attempt to transport such currency from a place outside the United States to a place within

the United States; in violation of Title 31, United States Code, Section 5332(a).

## COUNT 2

On or about February 7, 2011, at Palm Beach International Airport, in Palm Beach, in the Southern District of Florida, the defendant,

### JAMES M. WILLS,

did knowingly and willfully fail to file an accurate report as prescribed by the Secretary of the Treasury to be filed, that is, FinCEN Form 105, (Report of International Transportation of Currency or Monetary Instruments), when the defendant transported  monetary instruments of more than ten thousand dollars ($10,000) at one time, that is, approximately forty-five thousand three hundred and sixty-five dollars ($45,365) in United States currency, from a place outside the United States to a place within the United States; in violation of Title 31, United States Code, Sections 5316(a)(1)(B), 5316(b) and 5322(a), and 31 Code of Federal Regulations, Section 103.23.

## CRIMINAL FORFEITURE

### Forfeiture 1:

Upon conviction of the violations alleged in Counts 1 and 2 of this Information, the defendant **JAMES M. WILLS** shall forfeit to the United States any property, real or personal, involved in the offense, and any property traceable to such property, including but not limited to, the following:

a.      $45,200.00 in United States currency

Pursuant to Title 31, United States Code, Section 5332(b)(2).

### Forfeiture 2:

Upon conviction of the violation alleged in Count 2 of this Information, the defendant **JAMES M. WILLS** shall forfeit to the United States any property, real or personal, involved in the offense and any property traceable thereto including, but not limited to, the following:

a.      $45,200.00 in United States currency.

Pursuant  to Title 31, United States Code, Section 5317(c).


WIFREDO A. FERRER
UNITED STATES ATTORNEY


LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAMES M. WILLS,

       **Defendant.**
_____/

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)      Yes _____    No _____
Number of New Defendants    _____
Total number of counts    _____

____ Miami    ____ Key West
____ FTL    _X_ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect    _____

4. This case will take   _0-5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | _X_ |
   | V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_

   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _No_
   If yes:
   Magistrate Case No.    _N/A_
   Related Miscellaneous numbers:    _N/A_
   Defendant(s) in federal custody as of    _N/A_
   Defendant(s) in state custody as of    _N/A_
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _X_ No

                            _Andre Lalz /for_ _____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAMES  M.  WILLS

Case No: _____

Count  #: 1
_____ ' Bulk cash smuggling into or out of the United States _____

_____ 31 U.S.C § 5332(a) _____

**\* Max. Penalty**:   5 Years' Imprisonment, $250,000 Fine

Count  #: 2
_____ Report on exporting and importing monetary instruments _____

_____ 31 U.S.C § 5316(a)(1)(B) _____

**\*Max. Penalty:**  5 Years' Imprisonment, $250,000 Fine

Count  #:
_____

_____

**\*Max. Penalty:**

Count  #:
_____

_____

**\*Max. Penalty:**

Count  #:
_____

_____

**\*Max. Penalty**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**